### HILL *v.* THE STATE.

LUMPKIN, J. The evidence was sufficient to authorize the verdict of guilty; and the presiding judge having refused a new trial, this court will not interfere. The question of whether or not section 122 of the Penal Code was applicable to the class of employees involved in this case was abandoned in the argument. *Judgment affirmed. All the Justices concur.*

Argued October 18,—Decided November 10, 1905.

Indictment for employing another's servant. Before Judge Wright. Floyd superior court. September 27, 1905.

*Bunn & Trawick* and *Dean & Dean,* for plaintiff in error.
*W. H. Ennis, solicitor-general,* contra.